UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>DAVID TOSHIAKI TAKEUCHI,<br><br>          Defendant. | CASE NO. CR07-5816 BHS<br><br>ORDER |

This matter is before the Court on Defendant David Takeuchi's motion for early termination of supervised release. Dkt. 71.

Following Takeuchi's guilty plea to one count of receipt of child pornography, Judge Ronald B. Leighton sentenced Takeuchi to 60 months of imprisonment and 10 years of supervised release. Dkts. 28, 29, 36, 38. His initial term of supervised release commenced on April 12, 2012. Dkt. 73 at 1.

On March 18, 2014, Takeuchi admitted to violating several conditions of supervised release by failing to comply with a computer monitoring program, having contact with minors, failing to make progress in sexual deviancy treatment, and failing to follow lifestyle restrictions. Dkts. 51, 52. Judge Leighton revoked Takeuchi's term of

ORDER - 1

supervision, sentenced him to 15 months of custody, and imposed a new 10-year term of supervised release. Dkts. 51, 52.

On August 14, 2015, Takeuchi again admitted to violating the conditions of supervised release. Dkt. 63. This time, Takeuchi admitted to having direct contact with a minor and failing to be truthful to his probation officer. Dkts. 63, 64. Judge Leighton revoked his term of supervision, sentenced him to time served, and imposed another 10-year term of supervised release. Dkts. 63, 64. Takeuchi's third term of supervised release commenced on August 25, 2015. Dkt. 73 at 1. It is set to expire on August 25, 2025. *Id.*

Takeuchi asserts that early termination of supervised release is warranted because, among other things, he has completed sex offender treatment, he has not violated any condition of release since he commenced his third term of supervised release, he is in a stable relationship with his wife of over 3 years, and he has become a homeowner. Dkt. 71 at 3–4. Takeuchi also asserts that he "has come to realize that he needs more freedom to travel as his father, who . . . resides in Japan, is 89 years old." *Id.* at 4. He states that he "wishes to support his father by caring for him and visiting him in Japan as much as possible for extended periods of time." *Id.* at 5.

Both the United States Probation Office and the Government oppose Takeuchi's motion for early termination of supervised release. The Probation Office states that, although Takeuchi has remained in compliance with the conditions of supervision since 2015, it does not endorse early termination because the nature of his offense. Dkt. 73 at 2. The Government asserts that, although Takeuchi has recently performed well on supervision, he "struggled early on supervision" and, therefore, "supervision still offers

valuable protection for the public." Dkt. 72 at 1. The Government also contends that Takeuchi "offers no evidence that supervision is an undue burden for him." *Id.* at 3.

The Court agrees with the Probation Office and the Government that early termination of supervised release is not appropriate at this time for the reasons each has provided. Takeuchi may renew his motion in August 2024 if he remains in full compliance with the conditions of his supervised release.

Therefore, it is hereby **ORDERED** that Takeuchi's motion for early termination of supervised release, Dkt. 71, is **DENIED**.

Dated this 26th day of June, 2023.

BENJAMIN H. SETTLE
United States District Judge